1  JEMMA E. DUNN
   Nevada Bar No. 16229
2  MATTHEW T. HALE
   Nevada Bar No. 16880
3  MARIAN L. MASSEY
   Nevada Bar No. 14579
4  **GREENBERG GROSS LLP**
   1980 Festival Plaza Drive, Suite 730
5  Las Vegas, Nevada 89135
   Telephone: (702) 777-0888
6  Facsimile: (702) 777-0801
   *JDunn@GGTrialLaw.com*
7  *MHale@GGTrialLaw.com*
   *MMassey@GGTrialLaw.com*
8
   *Attorneys for Plaintiff*
9

10                     **UNITED STATES DISTRICT COURT**

11                            **DISTRICT OF NEVADA**

12  BERET DICKENS, an individual,           Case No.: 2:25-cv-00101-GMN-NJK

13
             Plaintiff,
14                                          **ORDER DISMISSING CASE**
       v.                                   **WITH PREJUDICE**
15
    AHC OF LAS VEGAS II, LLC, a Idaho
16  Limited Liability Company,

17
             Defendant.
18

19

20      Plaintiff Beret Dickens ("Plaintiff"), by and through her counsel of record, GREENBERG

21  GROSS LLP, and Defendant AHC of Las Vegas II, LLC ("Defendant"), by and through its counsel

22  of record, GIOVANNIELLO LAW GROUP, pursuant to Federal Rule of Civil Procedure

23  41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims

24  against all parties, with each party to bear its own attorneys' fees and costs.

25

26

27

28

Dated this December 22, 2025.

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
 Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

Dated this December 22, 2025.

**GIOVANNIELLO LAW GROUP**

*/s/ Christopher J. Giovanniello*
ALEXANDER F. GIOVANNIELLO
Nevada Bar No. 11141
CHRISTOPHER J. GIOVANNIELLO
Nevada Bar No. 15048
3753 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169

*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, and with good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.  The Clerk of Court is kindly directed to close this case.

DATED this   22   day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court